**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Dana J. CLAIBORNE, a/k/a D, Defendant—Appellant.**

No. 09–6029.

United States Court of Appeals, Fourth Circuit.

Submitted: April 23, 2009.

Decided: May 5, 2009.

Carolyn Virginia Grady, Assistant Federal Public Defender, Richmond, Virginia, for Appellant. Angela Mastandrea–Miller, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before MICHAEL, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dana J. Claiborne appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Claiborne*, No. 3:06–cr–00240–RLW–1 (E.D.Va. Dec. 22, 2008). We dispense with oral argument because the facts and legal conten-

tions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*